[No. 18823-6-II.    Division Two.    December 6, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN J. COZZIE, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 94-1-00494-6, Leonard N. Costello, J., entered October 27, 1994. *Affirmed* by unpublished opinion per Seinfeld, C.J., concurred in by Houghton and Morgan, JJ.

[No. 18877-5-II.    Division Two.    December 6, 1996.]

CAROL DAVIS, ET AL., *Appellants*, v. GUY LUND, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 94-2-00737-0, James Sells, J. Pro Tem, entered October 20, 1994. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Seinfeld, C.J., and Morgan, J.

[No. 18907-1-II.    Division Two.    December 6, 1996.]

*In the Matter of the Welfare of* B.R.

Appeal from a judgment of the Superior Court for Kitsap County, No. 94-7-00069-1, Jay B. Roof, J., entered November 21, 1994. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Seinfeld, C.J., and Bridgewater, J.

[No. 19039-7-II.    Division Two.    December 6, 1996.]

RICHARD D. ZUEGER, *Appellant*, v. WEYERHAEUSER COMPANY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 94-2-00015-3, Randolph Furman, J., entered December 9, 1994. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton, A.C.J., and Turner, J.